IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| STEPHAN OCTAVE on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KC INSTALLATION, LLC doing business as KCI TELECOMMUNICATIONS,<br><br>Defendant. | ) | 1:26-CV-244 |

**JUDGMENT**

This matter came before the court on the defendant's motion to dismiss.

For the reasons set forth in the Order filed contemporaneously with this Judgment, it is hereby **ORDERED AND ADJUDGED** that the motion, Doc. 7, is **GRANTED** and this case is **DISMISSED** without prejudice for lack of subject matter jurisdiction under Rule 12(b)(1).

This the 25th day of September, 2026.

UNITED STATES DISTRICT JUDGE